No. 467.  UNION STREET RAILWAY COMPANY OF SAGINAW,
MICHIGAN, *v.* SNOW.  Error to the Supreme Court of the State
of Michigan.  Motions to dismiss or affirm submitted November 15, 1897.  Decided December 6, 1897.  *Per Curiam.*
Dismissed for want of jurisdiction on the authority of *Hen-*

*derson Bridge Company* v. *Henderson City*, 141 U. S. 679 ; *Lehigh Water Company* v. *Easton*, 121 U. S. 388; *Sioux City Street Railway Company* v. *Sioux City*, 138 U. S. 98 ; *New Orleans City and Lake Railroad Company* v. *Louisiana*, 157 U. S. 219. *Mr. George W. Weadock* in support of motions.